IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGI SUNBURY LLC, | : | Case No: 3:16-CV-00807 |
| | : | |
| PLAINTIFF | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| A PERMANENT EASEMENT FOR | : | |
| 0.0887 ACRES IN MONROE | : | |
| TOWNSHIP, SNYDER COUNTY, | : | |
| PENNSYLVANIA TAX PARCEL | : | |
| NO.  12-08-065 | : | |
| | : | |
| KATHY J. GARRISON, A SINGLE | : | |
| PERSON | : | |
| 335 STETLER AVENUE | : | |
| SELINSGROVE, PA 17870 | : | |
| | : | |
| RICHARD LEE POETH, A SINGLE | : | |
| PERSON | : | |
| 335 STETLER AVENUE | : | |
| SELINSGROVE, PA 17870 | : | |
| | : | |
| MONROE TOWNSHIP | : | |
| 39 MUNICIPAL DRIVE | : | |
| SELINSGROVE, PA 17870 | : | |
| | : | |
| SAMUEL A. ZIMMERMAN | : | |
| 2553 N. OLD TRAIL | : | |
| SELINSGROVE, PA 17870 | : | |
| | : | |
| AND ALL UNKNOWN OWNERS, | : | |
| | : | |
| DEFENDANTS | : | |

# ORDER
August 2, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiff UGI Sunbury LLC's Motion for Hearing (ECF No. 15) is DENIED;

2. Plaintiff UGI Sunbury LLC's Motion For Partial Summary Judgment (ECF No. 13) is GRANTED;

3. Plaintiff UGI Sunbury LLC's Motion For Preliminary Injunction (ECF No. 11) is GRANTED;

4. Plaintiff UGI Sunbury LLC shall post a surety bond with the Clerk of Court in the amount of $95,000.00 payable to "Clerk, U.S. District Court," and sent to U.S. Courthouse and Federal Building, Suite 401, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.


BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge