# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00807 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.0887 ACRES IN MONROE TOWNSHIP, SNYDER COUNTY, PENNSYLVANIA TAX PARCEL NO. 12-08-065, | |
| KATHY J. GARRISON, | |
| RICHARD LEE POETH, | |
| MONROE TOWNSHIP, | |
| SAMUEL A. ZIMMERMAN, | |
| and ALL UNKNOWN OWNERS, | |
| Defendants. | |

## ORDER
### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 59, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 63, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 65, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 61, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge